1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLIFTON MAXWELL,

11              Petitioner,              No. CIV S-09-3183 KJM P

12        vs.

13   JAMES WALKER,

14              Respondent.              <u>ORDER</u>

15   _____/

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges the

18   execution of his sentence.   He is confined in San Diego County which lies within the

19   jurisdiction of the United States District Court for the Southern District of California.  When a

20   prisoner challenges the execution of his sentence, the preferable venue is the court with

21   jurisdiction over the place where the prisoner is confined.  <u>See</u> <u>Dunne v. Henman</u>, 875 F.2d 244,

22   249 (9th Cir. 1989).

23   /////

24   /////

25   /////

26   /////

1

1          In accordance with the above, IT IS HEREBY ORDERED that this matter is

2   transferred to the United States District Court for the Southern District of California.  Braden v.

3   30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973); 28 U.S.C. § 2241(d).

4   DATED: November 23, 2009.

5   _____

6                                                              U.S. MAGISTRATE JUDGE

7   1

8   maxw3183.109

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26