UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WAYNE MAXWELL, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE A. NEOTTI, Warden. ) <br> ) <br> Respondent. ) <br> ) <br> ──────────────────────────── ) | Civil No. 09cv2660 L (BLM) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS [doc. #15]** |

Petitioner Clifton Wayne Maxwell, a state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 and later filed an amended petition. The case was referred to United States Magistrate Judge Barbara L. Major for a report and recommendation ("Report") pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(d). In the Report, the magistrate judge recommended the granting of respondent's motion to dismiss the first amended petition because the amended petition is moot. .

In reviewing a magistrate judge's report and recommendation, the district court "shall make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Under this statute, "the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise.*" *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)

(emphasis in original); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying *Reyna-Tapia* to habeas review).

Objections to the Report were to be filed by August 5, 2010. To date, neither party has filed an objection to the Report. Accordingly, **IT IS ORDERED** adopting the Report and Recommendation in its entirety and granting respondent's motion to dismiss the first amended petition for writ of habeas corpus.

**IT IS SO ORDERED.**

DATED: August 24, 2010

M. James Lorenz
United States District Court Judge

COPY TO:

BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL COUNSEL/PARTIES